### STATE OF CONNECTICUT *v.* JUAN MCRAE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 903 (AC 25121), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Erik T. Lohr*, special deputy assistant state's attorney, in opposition.

Decided June 28, 2005

---

### STATE STREET BANK AND TRUST COMPANY *v.* JEROME T. DUNBAR ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 26236) is denied.

*Jerome T. Dunbar*, pro se, in support of the petition.

Decided June 28, 2005

---